1  WESTON & McELVAIN LLP
   Richard C. Weston (State Bar No. 126491)
2  Wynn C. Kaneshiro (State Bar No. 166683)
   Edmond Sung (State Bar No. 252445)
3  601 South Figueroa Street, Suite 2350
   Los Angeles, California 90017
4  Telephone (213) 596-8000
   Facsimile (213) 596-8039
5  Email: rweston@wmattorneys.com
           wckaneshiro@wmattorneys.com
6          esung@wmattorneys.com

7  Attorneys for **DEFENDANT TRAVELERS
   COMMERCIAL INSURANCE COMPANY**
8  **(erroneously sued as The Travelers Commercial
   Insurance Company)**

9

10              **UNITED STATES DISTRICT COURT**

11          **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

12

13  VILAYANUR RAMACHANDRAN, a        CASE NO. **'15CV1003 CAB RBB**
    an individual,
14
                Plaintiff,            **NOTICE OF REMOVAL OF
15                                    ACTION UNDER 28 U.S.C. § 1441
          vs.                         (DIVERSITY); EXHIBITS "1" TO
16                                    "5"**
    THE TRAVELERS COMMERCIAL
17  INSURANCE COMPANY, and DOES       [Filed Concurrently with Request for
    1 through 50, inclusive,          Judicial Notice and Declaration of
18                                    Edmond Sung]
                Defendant.
19

20

21

22  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

23         PLEASE TAKE NOTICE that Defendant Travelers Commercial Insurance

24  Company, erroneously sued as The Travelers Commercial Insurance Company

25  (hereinafter "Travelers") hereby removes to this Court, the state court action

26  described below.

27         1.      On April 1, 2015, an action was commenced in the Superior Court of

28  the State of California for the County of San Diego, entitled <u>Vilayanur</u>

1   <u>Ramachandran v. The Travelers Commercial Insurance Company</u>, Case No. 37-

2   2015-00011145-CU-BC-CTL (hereinafter "State Action").  A true and correct copy

3   of the State Action complaint is attached hereto as Exhibit "1".

4       2.      On April 6, 2015, Plaintiff personally served a copy of the Summons

5   and Complaint on Corporation Service Company, Travelers' agent for service of

6   process in California.  Attached hereto as Exhibit "2" is a true and correct copy of

7   the Service of Process Transmittal Form from Corporation Service Company.

8       3.      This action is a civil action of which this Court has original jurisdiction

9   under 28 U.S.C. § 1332, and is one which may be removed to this Court by

10  Travelers pursuant to the provisions of 28 U.S.C. § 1441 and 28 U.S.C. § 1446(b) in

11  that it is a civil action between citizens of different states and the matter in

12  controversy exceeds the sum of $75,000.

13      4.      Travelers removes this action to this division of the Southern District

14  because the State Action was pending in the San Diego County Superior Court,

15  located in the Southern District.  Removal is within 30 days of service on Travelers

16  (i.e., April 6, 2015) and within one year from the date the Complaint was filed on

17  April 1, 2015.

18      5.      Plaintiff is, and at all relevant times was, a citizen of the State of

19  California.  (Complaint ¶1; Sung Decl. ¶¶ 2-5, and Exhibit "7" thereto.)

20      6.      Defendant Travelers is, and at all relevant times herein was, a

21  Connecticut corporation, and maintains its principal place of business in Hartford,

22  Connecticut.  (Request for Judicial Notice, Exhibit "6".)

23      7.      Plaintiff contends that the amount in controversy is, and will seek

24  damages., in excess of $75,000.  (Sung Decl., Exhibit 8 thereto (Declaration of John

25  T. Richards) at ¶ 3.)  Plaintiff has alleged the following claims against Travelers:

26  (1) Breach of the Implied Covenant of Good Faith and Fair Dealing; and (2) Breach

27  of Contract.  Plaintiff seeks general and special damages, attorneys' fees and costs.

28  Plaintiff also claims entitlement to punitive damages.

8.      Plaintiff alleges that Travelers failed to pay policy benefits owed under an insurance policy issued by Travelers.  (Complaint ¶¶ 5-7.)  Plaintiff alleges that on or about March 3, 2014, there was an enormous water loss at his property located at 13085 Via Grimaldi, Del Mar, California 92014.  (Complaint ¶ 7.)  According to Plaintiff, Travelers unreasonably refused to repair and replace portions of the damaged property.  (Complaint ¶¶ 11-14.)  Plaintiff alleges that Travelers acted in bad faith by underpaying the claim, delaying the adjustment of the claim, and obstructing the claims process in order to punish Plaintiff for retaining a public adjuster.  (Complaint ¶¶ 14-15, 18.)  Based on these claims, Plaintiff seeks special damages, general damages including emotional distress, attorneys' fees, and punitive damages.  (Complaint ¶¶ 20-22.)

9.      Attached hereto as Exhibit "3" is a true and correct copy of the Summons served with the Complaint.  The documents attached hereto as Exhibit "4" represent all notices, process, and proceedings filed in the State Action received by Travelers.  Attached hereto as Exhibit "5" is Travelers' Answer filed in the State Action.

Dated:  May 5, 2015

Respectfully submitted,
WESTON & McELVAIN LLP


By:  s/ Edmond Sung
Richard C. Weston
Wynn C. Kaneshiro
Edmond Sung
Attorneys for **DEFENDANT TRAVELERS COMMERCIAL INSURANCE COMPANY (erroneously sued as The Travelers Commercial Insurance Company)**

E-mail: esung@wmattorneys.com

EXHIBIT "1"

1  JOHN T. RICHARDS, ESQ. SBN#159875
2  John T. Richards, APLC
   101 West Broadway, Suite 1950
3  San Diego, CA 92101
   Tel: 619-237-9800
4  Fax: 619-238-9914
5  Email: jtrlaw@aol.com

6  Attorney for Plaintiff,
   VILAYANUR RAMACHANDRAN
7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA
9
10                    FOR THE COUNTY OF SAN DIEGO

11
   VILAYANUR RAMACHANDRAN,          )    CASE NO.:37-2015-00011145-CU-BC-CTL
12 an individual,                    )
                                     )    COMPLAINT FOR:
13         Plaintiff,                )
                                     )
14                                   )    1. Breach of the Implied Covenant of
         v.                          )       Good Faith and Fair Dealing
15                                   )    2. Breach of Contract
   THE TRAVELERS COMMERCIAL         )
16 INSURANCE COMPANY, and           )
17 DOES 1 through 50, inclusive,    )
                                     )    JURY TRIAL DEMANDED
18         Defendant.                )
19 ────────────────────────────────)

20         COMES NOW Plaintiff who alleges:

21     **FIRST CAUSE OF ACTION AGAINST THE TRAVELERS COMMERCIAL**

22 **INSURANCE COMPANY AND DOES 1 THROUGH 50, INCLUSIVE, FOR BREACH**

23 **OF THE IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**
24
25         1.      Plaintiff VILAYANUR RAMACHANDRAN (hereinafter "Plaintiff") is an

26 individual. Plaintiff's property is located at 13085 Via Grimaldi, Del Mar, CA 92014, County of

27 San Diego.  The contract of insurance was entered into in said county, the torts hereinafter

28 alleged occurred, in part, in said county.  Venue therefore is properly set in San Diego County.

                                        1

2.      Plaintiff is informed and believes and based thereon alleges that Defendant

TRAVELERS COMMERCIAL INSRUANCE COMPANY (hereinafter "TRAVELERS") is an

insurer licensed and authorized to sell insurance in California and adjust claims arising therefrom

in said state. The torts alleged by Plaintiff against said Defendant were committed by

TRAVELERS claims personnel in San Diego, California.

3.      That the true names and capacities, whether individual, corporate, associate, or

otherwise, of Defendant DOES 1 through 50, inclusive, are unknown to Plaintiff, who therefore

sues said Defendant by such fictitious name. Plaintiff is informed and believes, and thereon

alleges, that the Defendants sued herein as a DOE is legally responsible in some manner for the

events and happenings referred to herein, and legally caused injury and damages proximately

thereby to Plaintiff, as alleged herein.

4.      That at all times herein mentioned, Defendants, and each of them, were the agents

and employees of each of the remaining Defendants, and were at all times acting within the

purpose and scope of said agency and employment, and each such described Defendant has

ratified and approved the acts of his agent or employee.

5.      At all times herein mentioned, Plaintiff was injured under an insurance policy

issued by TRAVELERS. Attached as Exhibit "A", is a true and correct copy of the declaration

page of the policy.

6.      Plaintiff has paid all premiums due under said policy to Defendant.  At all

relevant times herein mentioned and have performed all obligations under said insurance policy

on Plaintiff's part to be performed.

7.      In and about March 3, 2014, there was an enormous water loss on Plaintiff's

property on the middle level that traveled downward. It caused water to spread throughout the

COMPLAINT FOR DAMAGES

premises resulting in property loss. This is a covered peril under the insurance policy issued to Plaintiff by TRAVELERS.

8.      Thereafter, TRAVELERS assigned field adjuster Dana Shutt to prepare the scope of loss including replacement of carpet, tile and wood paneling.

9.      Plaintiff then retained a Public Adjuster on March 18, 2014 to represent him in the water loss.

10.     After Plaintiff retained a Public Adjuster, TRAVELERS began to unnecessarily and unreasonably delay the claim, minimize the scope of loss, and low ball the claim.

11.     After the adjustment of the claim began, TRAVELERS unreasonably refused to replace the kitchen and entryway tiles that had measurable moistures readings. TRAVELERS hired a "preferred vendor" hygienist who said the tile did not need replacing. Plaintiff was forced to hire a hygienist and engineer who said the tile must be replaced. TRAVELERS refused to replace the tile until it began cracking during the restoration of the house and TRAVELERS was forced to admit it was wrong. It is well known in the industry that tile with measurable moisture readings after a water loss needs replacement. TRAVELERS refused to acknowledge this simple fact forcing Plaintiff to hire expensive experts which caused a delay in the claim.

12.     Despite TRAVELERS agreeing to repair the tile on the floors, Plaintiff asserts that the tile on the fireplace located about ten feet from the entryway needed replacement as well. Plaintiff further asserts that the tile remains in clear view and falls under the "uniform appearance" line of sight argument. It is widely accepted in the insurance industry that replacement of otherwise undamaged flooring or roofing adjacent to newly replaced material may be necessary to maintain a "uniform appearance." There is coverage in the policy for

COMPLAINT FOR DAMAGES

"uniform appearance," yet TRAVERLERS refused, without justification, to pay for the covered loss.

13.     Thereafter, Plaintiff was told that Dana Shutt had taken paid time off and TRAVELERS reassigned the file to adjusters Yanni and Dennis Sullivan. Yanni and Dennis Sullivan met with Plaintiff who was told by the TRAVELERS adjusters that the additional carpeting in the downstairs and upstairs bedrooms would be covered and TRAVELERS would pay for an expensive "pack out."

14.     When adjuster Dana Shutt returned from paid time off, she denied replacement of all the carpet and packing out of the bedrooms which would have cost TRAVELERS thousands of dollars. Dana Shutt then reverted to an adversarial, unhelpful, and obstructive demeanor.

15.     Plaintiff alleges that Defendant TRAVELERS used a scheme of shifting/switching cases between multiple adjusters to delay resolution of the case, place Plaintiff in financial difficulty; all to delay adjustment of the claim and force their insured to accept TRAVELERS' low ball offer settlement.

16.     Plaintiff also asserts that Defendant TRAVELERS specifically assigned cases in San Diego County where the insured sought assistance of a Public Adjuster to Dana Shutt, who was instructed to, and did delay claims, fail to respond to the Public Adjuster's calls and letters, and otherwise obstructed the claims process in order to punish the insured for obtaining competent representation.

17.     Notwithstanding their obligation to do so, TRAVELERS have failed and refused to pay Plaintiff the monies owing them despite demand therefore. Said failures and refusals constitute a material breach of the insurance policy.

4

18.     Plaintiff is informed and believes and based thereon alleges that TRAVELERS have breached their duty of good faith and fair dealing owed to Plaintiff in the following respects:

     a.   TRAVELERS adjuster refused to fairly and honestly evaluate the claim;

     b.   TRAVELERS is unreasonably delayed in adjusting the claim;

     c.   TRAVELERS sent the claim to appraisal inappropriately further delaying the process;

     d.   TRAVELERS forced Plaintiff to hire unnecessary consultants and experts;

     e.   TRAVELERS refused to respond in good faith to the inquiries of Plaintiff;

     f.   TRAVELERS low-balled portions of the claim;

     g.   Despite the fact that the TRAVELERS adjuster had physically reviewed the scope of work at the premises, they refused to pay monies they had previously agreed to pay, demanding unnecessary, irrelevant written documentation from the vendor and the insured;

     h.   TRAVELERS willfully violated California Code of Regulations Title 10 § 2695 et seq.;

     i.   TRAVELERS has an unfair business practice of overloading their adjusters with claims files so that claims are unreasonably delayed and adjusters create spurious reasons for denial such as what was done to Plaintiff;

     j.   TRAVELERS has an unfair business practice of continually switching adjusters on a claim, such as was done here, in order to delay the processing and resolution of claims;

     k.   TRAVELERS refused to meet in person with Plaintiff to resolve any disputes;

l.   TRAVELERS has an unfair business practice of pressuring their overworked adjusters;

m.   TRAVELERS refused to pay amounts necessary to return premises to its pre-loss condition, including but not limited to, carpet, tile and wood paneling;

n.   TRAVELERS has an unfair business practice of punishing people who hire representation through Public Adjusters by behaving in an uncooperative and belligerent demeanor toward said Public Adjuster; refusing to return their calls; demanding that they supply unnecessary documentation as a way to delay their claims; making arbitrary and capricious decisions; failing to pay full value on claims; low balling offers to settle, and generally behaving in a manner designed to encourage their insured and future insured's not to seek representation during a loss;

o.   Failing to establish and adhere to a clearly defined scope of work; and

p.   Failing to place the interest of the insured at least equal to their own.

19.   Plaintiff is informed and believes and based thereon alleges that TRAVELERS has committed other as of yet unknown acts of bad faith. As soon as these wrongful actions are discovered, Plaintiff will seek leave of court to amend this complaint.

20.   As a further legal result of TRAVELERS' bad faith, Plaintiff has suffered the imposition of costs and expense, has been required to hire experts and attorneys (incurring attorneys fees) and have suffered anger, humiliation, chagrin, despair, fear, sleeplessness and other great emotional distress in at an amount to be proven at trial. Leave of court will be sought to amend the complaint as soon as the full extent of said damages is ascertained.

6

21.     As a further legal result, Plaintiff has suffered general damages including emotional distress.

22.     As a legal result of TRAVELERS, and each of their intentional acts of malice, fraud, oppression and conscious disregard of Plaintiffs' rights as alleged above, ratified by managerial level employees of TRAVELERS clothed with the authority to resolve claims, including Dana Shutt, Technical Specialist, as well as senior executives of TRAVELERS, Plaintiff is entitled to the imposition of punitive damages to punish TRAVELERS and to deter future acts of misconduct in an amount necessary to accomplish these ends.

## SECOND CAUSE OF ACTION FOR BREACH OF CONTRACT AGAINST DEFENDANT TRAVELERS COMMERCIAL INSURANCE COMPANY, AND DOES 1 THROUGH 50

23.     Plaintiff incorporates by reference herein paragraphs 1 through 22, inclusive, of the First Cause of Action as though set forth fully at length herein.

24.     Plaintiff entered into an insurance contract with TRAVELERS. The Commercial General Liability Coverage Part Declaration will be attached as Exhibit A.

25.     TRAVELERS breached the contract by failing to timely adjust the loss and by failing to make other fair payments under covered afforded Plaintiff.

26.     As a legal result of TRAVELERS' breach of contract, Plaintiff has been cheated out of the insurance proceeds which should have been paid, and forced to incur attorney fees and costs in a sum in excess of the jurisdictional limits of this court.

**WHEREFORE**, Plaintiff prays:

1.     For general damages in an amount to be proven at trial;

2.      For special damages in an amount to be proven at trial;

3.      For attorneys fees;

4.      For costs and fees incurred herein;

5.      For punitive damages in a sum necessary to punish and deter future misconduct;

6.      For such other and further relief as the court deems just and proper.

PLAINTIFF DEMANDS TRIAL BY JURY IN THE ABOVE MATTER

DATED:   March 31, 2015

                                 John T. Richards, ESQ.
                                 Attorney for Plaintiff,
                                 VILAYANUR RAMACHANDRAN

COMPLAINT FOR DAMAGES

# EXHIBIT A



POLICY CHANGE DECLARATIONS

# Homeowners Policy

## INSURED AND AGENT INFORMATION

(Named Insured)
Name and Mailing Address
VILAYANUR RAMACHANDRAN
13085 VIA GRIMALDI
DEL MAR CA 92014-3727

Agent Information
B H GOLD INS AGENCY INC
9699 TIERRA GRANDE ST STE 100
SAN DIEGO, CA   92126

The Residence premises is located at
13085 VIA GRIMALDI
DEL MAR CA 92014-3727

Mortgagee Name and Address
1. USE CREDIT UNION
   ISAOA
   PO BOX 5954
   SPRINGFIELD      OH 45501
   LOAN NUMBER 7126973630

2. U.S.E. CREDIT UNION
   ISAOA
   P O BOX 5131
   LAKE FOREST      CA 92609
   LOAN NUMBER 53255105-156

## POLICY INFORMATION

Homeowners Policy No.
991239795 633 1

Policy Period
04/29/14 - 04/29/15      12:01 A.M.
Standard Time at the residence premises

Change Effective Date: 04/29/14
Reason for Change: Change to Mortgagee 1

No Change in Premium

Your Insurer
Travelers Commercial Insurance Company
One of The Travelers Property Casualty Companies
One Tower Square, Hartford, CT 06183

For Claim Service Call      1-800-CLAIM33
For Policy Service Call     (858) 578-0020

Continued on next page

MAR-20-2014 14:19  FROM:RAMCHANDRAN        85879288852        TO:5659184           P.1:1



## POLICY COVERAGES AND LIMITS OF LIABILITY

                                                                                    LIMIT
**Section I - Property Coverages**
A - DWELLING.......................................................... $ 1,064,000
B - OTHER STRUCTURES.................................................. $   106,400
C - PERSONAL PROPERTY................................................ $   744,800
D - LOSS OF USE...................................................... $   532,000

LIMITED FUNGI, OTHER MICROBES OR ROT REMEDIATION
Section I - Property Coverage....................................... $     5,000

**Section II - Liability Coverages**
E - Personal Liability (Bodily Injury and Property Damage) Each Occurrence.. $  300,000
F - Medical Payments to Others Each Person.......................... $     1,000

## POLICY SAVINGS AND DEDUCTIBLES

**Your Savings**
The following credits or discounts reduced your premium: Loss Free Discount,
Protective Devices Discount

**Deductibles**                                                              DEDUCTIBLE
Section I  Property Coverages Deductible (All Perils).................. $     5,000

In case of loss under section I, only that part of the loss over the stated
deductible is covered.

## OPTIONAL ENDORSEMENTS AND COVERAGES              LIMIT          PREMIUM
**Optional Endorsements**
HO-85 CA   (06-09) Enhanced Home Package.................................    Included*
                   Water Back Up And Sump Discharge Or......  $5,000
                   Overflow
                   Additional Replacement Cost Protection...    50%
HO-455     (08-10) Identity Fraud Expense Reimbursement Coverage......... $    21.00
372-NS     (11-50) Mortgagee Clause.....................................    Included*
436BFU NS (05-42) Lender's Loss Payable Endorsement.....................    Included*

## MANDATORY FORMS AND ENDORSEMENTS
HO-3       (10-06) Homeowners 3 Special Form
HO-300 CA (04-13) Special Provisions - California
HO-90 CA  (05-07) Worker's Compensation Residence Employees..............    Included*

Continued on next page

 **TRAVELERS**

One Tower Square, Hartford, Connecticut 06183

BUSINESSOWNERS COVERAGE PART DECLARATIONS
BUILDING PAC

POLICY NO.:  680-6251M236-14-42-
ISSUE DATE: 12/19/2013

INSURING COMPANY:
TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA

POLICY PERIOD:
From 02-02-14 to 02-02-15 12:01 A.M. Standard Time at your mailing address

FORM OF BUSINESS:  PARTNERSHIP

COVERAGES AND LIMITS OF INSURANCE:  Insurance applies only to an item for which a
"limit" or the word "included" is shown.

COMMERCIAL GENERAL LIABILITY COVERAGE

| OCCURRENCE FORM | LIMITS OF INSURANCE | |
| --- | --- | --- |
| General Aggregate (except Products-Completed Operations Limit) | $ | 2,000,000 |
| Products-completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 1,000,000 |
| Each Occurrence Limit | $ | 1,000,000 |
| Damage to Premises Rented to You | $ | 300,000 |
| Medical Payments Limit (any one person) | $ | 5,000 |

BUSINESSOWNERS PROPERTY COVERAGE

DEDUCTIBLE AMOUNT:  Businessowners Property Coverage:  $  1,000 per occurrence.
                    Building Glass:                   $  1,000 per occurrence.

BUSINESS INCOME/EXTRA EXPENSE LIMIT:  Actual loss for 12 consecutive months

Period of Restoration-Time Period:   Immediately

ADDITIONAL COVERAGE:


Other additional coverages apply and may be changed by an endorsement.   Please
read the policy.




SPECIAL PROVISIONS:

## COMMERCIAL GENERAL LIABILITY COVERAGE
## IS SUBJECT TO A GENERAL AGGREGATE LIMIT

MP T0 01 02 05   (Page 1 of 2)

EXHIBIT "2"



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

SLM / ALL
**Transmittal Number: 13655703**
**Date Processed: 04/07/2015**

| Primary Contact: | Pamela Hoff<br>The Travelers Companies, Inc.<br>385 Washington Street,  MC 515A<br>Saint Paul, MN 55102 |
|---|---|

| | |
|---|---|
| **Entity:** | Travelers Commercial Insurance Company<br>Entity ID Number  2317368 |
| **Entity Served:** | The Travelers Commercial Insurance Company |
| **Title of Action:** | Vilayanur Ramachandran vs. The Travelers Commercial Insurance Company |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | San Diego County Superior Court, California |
| **Case/Reference No:** | 37-2015-00011145-CU-BC-CTL |
| **Jurisdiction Served:** | California |
| **Date Served on CSC:** | 04/06/2015 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | John T. Richards<br>619-237-9800 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com

EXHIBIT "3"

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2015 APR -1 PM 1:55

SAN DIEGO COUNTY, CA



**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

THE TRAVELERS COMMERCIAL INSURANCE COMPANY, and
DOES 1 through 50, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

VILAYANUR RAMACHANDRAN, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):* Superior Court of California,<br><br>County of San Diego, Central Division<br>330 West Broadway, San Diego, CA 92101 | CASE NUMBER:<br>*(Número del Caso):*<br>**37-2015-00011145-CU-BC-CTL** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

John T. Richards, Esq. 101 West Broadway, Suite 1950, San Diego, CA 92101, 619-237-9800

| DATE:<br>*(Fecha)* **APR 02 2015** | Clerk, by<br>*(Secretario)* **B. FOLLIS** | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* The Travelers Commercial Insurance Company

under: ☐ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
        ☒ other *(specify):* business entity form unknown
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov

EXHIBIT "4"

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| John T. Richards, Esq. SBN#159875<br>JOHN T. RICHARDS, APLC<br>101 West Broadway, Suite 1950; San Diego, CA 92101<br><br>TELEPHONE NO.: 619-237-9800    FAX NO.: 619-238-9914<br>ATTORNEY FOR (Name): Plaintiff Vilayanur Ramachandran | CIVIL ~~~~ DS OFFICE 1<br>CENTRAL DIVISION<br><br>2015 APR -1 PM 1:55<br><br>CLERK ~~~ COURT<br>SAN DIEGO COUNTY. CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92101
BRANCH NAME: Central Division

CASE NAME:
Ramachandran v. Travelers Commercial Insurance Company

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>37-2015-00011145-CU-BC-CTL |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22) | ☑ Breach of contract/warranty (06) | **(Cal. Rules of Court, rules 3.400–3.403)** |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Antitrust/Trade regulation (03) |
| **Other PI/PD/WD (Personal Injury/Property** | ☐ Other collections (09) | ☐ Construction defect (10) |
| **Damage/Wrongful Death) Tort** | ☐ Insurance coverage (18) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Other contract (37) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | **Real Property** | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | ☐ Eminent domain/Inverse | ☐ Insurance coverage claims arising from the |
| ☐ Other PI/PD/WD (23) |     condemnation (14) |     above listed provisionally complex case |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) |     types (41) |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | **Enforcement of Judgment** |
| ☐ Civil rights (08) | **Unlawful Detainer** | ☐ Enforcement of judgment (20) |
| ☐ Defamation (13) | ☐ Commercial (31) | **Miscellaneous Civil Complaint** |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ RICO (27) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | ☐ Other complaint (*not specified above*) (42) |
| ☐ Professional negligence (25) | **Judicial Review** | **Miscellaneous Civil Petition** |
| ☑ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Partnership and corporate governance (21) |
| **Employment** | ☐ Petition re: arbitration award (11) | ☐ Other petition (*not specified above*) (43) |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☐ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is   ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties        d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel     e. ☐ Coordination with related actions pending in one or more courts
       issues that will be time-consuming to resolve                in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence           f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought (*check all that apply*): a. ☐ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action (*specify*): 2
5. This case ☐ is   ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (*You may use form CM-015.*)

Date: April 1, 2015
John T. Richards, Esq.
_____(TYPE OR PRINT NAME)_____                    ▶         ___(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)___

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>www.courtinfo.ca.gov |



## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) (*if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto*)

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability (*not asbestos or toxic/environmental*) (24)
Medical Malpractice (45)
  Medical Malpractice— Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) (*not civil harassment*) (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice (*not medical or legal*)
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract (*not unlawful detainer or wrongful eviction*)
  Contract/Warranty Breach—Seller Plaintiff (*not fraud or negligence*)
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case—Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage (*not provisionally complex*) (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property (*not eminent domain, landlord/tenant, or foreclosure*)

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) (*if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential*)

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims (*arising from provisionally complex case type listed above*) (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment (*non-domestic relations*)
  Sister State Judgment
  Administrative Agency Award (*not unpaid taxes*)
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint (*not specified above*) (42)
  Declaratory Relief Only
  Injunctive Relief Only (*non-harassment*)
  Mechanics Lien
  Other Commercial Complaint Case (*non-tort/non-complex*)
  Other Civil Complaint (*non-tort/non-complex*)

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition (*not specified above*) (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

**CIVIL CASE COVER SHEET**

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>John T. Richards, Esq. SBN #159875<br>JOHN T. RICHARDS, APLC<br>101 West Broadway, Suite 1950, San Diego, CA 92101<br><br>TELEPHONE NO.: 619-237-9800    FAX NO. *(Optional):* 619-238-9914<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff Vilayanur Ramachandran | *FOR COURT USE ONLY*<br><br>2015 APR -1  PM 1: 56<br><br>SAN DIEGO COUNTY, CA. |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS:  330 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE:  San Diego, CA 92101
BRANCH NAME:  Central Division

| | |
|---|---|
| PLAINTIFF/PETITIONER:  Vilayanur Ramachandran<br><br>DEFENDANT/RESPONDENT:  Travelers Commercial Insurance Company | CASE NUMBER:<br>37-2015-00011145-CU-BC-CTL |
| | JUDICIAL OFFICER: |
| **NOTICE OF RELATED CASE** | DEPT.: |

*Identify, in chronological order according to date of filing, all cases related to the case referenced above.*

1. a. Title: JACC v. The Travelers Indemnity Company of Connecticut
   b. Case number:  37-2015-00005434-CU-PO-CTL
   c. Court: [✓]  same as above
           [ ]  other state or federal court *(name and address):*
   d. Department: C-66
   e. Case type: [ ] limited civil [✓] unlimited civil [ ] probate [ ] family law [ ] other *(specify):*
   f. Filing date: 2/13/15
   g. Has this case been designated or determined as "complex?" [ ] Yes [✓] No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      [✓]  involves the same parties and is based on the same or similar claims.
      [✓]  arises from the same or substantially identical transactions, incidents, or events requiring the determination of
           the same or substantially identical questions of law or fact.
      [ ]  involves claims against, title to, possession of, or damages to the same property.
      [ ]  is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
           [ ]  Additional explanation is attached in attachment 1h
   i. Status of case:
      [✓]  pending
      [ ]  dismissed   [ ] with   [ ] without prejudice
      [ ]  disposed of by judgment

2. a. Title: Mejia v. The Travelers Casualty Insurance Company of America
   b. Case number: 37-2015-00007380-CU-BC-CTL
   c. Court: [✓]  same as above
           [ ]  other state or federal court *(name and address):*
   d. Department: C-69

Form Approved for Optional Use<br>Judicial Council of California<br>CM-015 [Rev. July 1, 2007]   **NOTICE OF RELATED CASE**   Cal. Rules of Court, rule 3.300<br>www.courtinfo.ca.gov

CM-015

| PLAINTIFF/PETITIONER:  Vilayanur Ramachandran | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Travelers Commercial Insurance Company | |

2.  *(continued)*

    e.  Case type: ☐ limited civil  ☑ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

    f.  Filing date:  3/3/2015

    g.  Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No

    h.  Relationship of this case to the case referenced above *(check all that apply):*

        ☑  Involves the same parties and is based on the same or similar claims.

        ☑  arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐  involves claims against, title to, possession of, or damages to the same property.

        ☐  is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

           ☐  Additional explanation is attached in attachment 2h

    i.  Status of case:

        ☑  pending

        ☐  dismissed  ☐ with  ☐ without prejudice

        ☐  disposed of by judgment

3.  a.  Title:  Greenfield Drive Apartments v. Travelers Casualty Insurance Company, et al.

    b.  Case number: 37-2015-00007374-CU-NP-CTL

    c.  Court: ☑ same as above

        ☐  other state or federal court *(name and address):*

    d.  Department: C-71

    e.  Case type: ☐ limited civil  ☑ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

    f.  Filing date: 3/4/2015

    g.  Has this case been designated or determined as "complex?"  ☐ Yes  ☑ No

    h.  Relationship of this case to the case referenced above *(check all that apply):*

        ☑  involves the same parties and is based on the same or similar claims.

        ☑  arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.

        ☐  involves claims against, title to, possession of, or damages to the same property.

        ☐  is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.

           ☐  Additional explanation is attached in attachment 3h

    i.  Status of case:

        ☑  pending

        ☐  dismissed  ☐ with  ☐ without prejudice

        ☐  disposed of by judgment

4.  ☑  Additional related cases are described in Attachment 4. Number of pages attached: __1__

Date: April 1, 2015

John T. Richards, Esq.
_____
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ _____
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015

| | |
|---|---|
| PLAINTIFF/PETITIONER: Vilayanur Ramachandran | CASE NUMBER: |
| DEFENDANT/RESPONDENT: Travelers Commercial Insurance Company | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*


2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date):*
   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____
(TYPE OR PRINT NAME OF DECLARANT)

_____
(SIGNATURE OF DECLARANT)

# ATTACHMENT 4

5.  a.  Title: Nowak v. Travelers Commercial Insurance Company

    b.  Case number:   37-2015-00009139-CU-BC-CTL

    c.  Court:         Same as above

    d.  Department:     C-72

    e.  Case type:       Unlimited civil

    f.  Filing date:      3/16/2015

    g.  Has this case been designated as complex?   No

    h.  Relationship of this case to the case referenced above:

- Involves the same parties and is based on the same or similar claims
- Arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact

    i.  Status of case: Pending

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | |
|---|---|
| STREET ADDRESS:      330 W Broadway | |
| MAILING ADDRESS:    330 W Broadway | |
| CITY AND ZIP CODE:  San Diego, CA 92101-3827 | |
| BRANCH NAME:        Central | |
| TELEPHONE NUMBER:  (619) 450-7070 | |

| PLAINTIFF(S) / PETITIONER(S):      Vilayanur Ramachandran |
|---|

| DEFENDANT(S) / RESPONDENT(S):  The Travelers Commercial Insurance Company |
|---|

| RAMACHANDRAN VS. THE TRAVELERS COMMERCIAL INSURANCE COMPANY |
|---|

| NOTICE OF CASE ASSIGNMENT and CASE MANAGEMENT CONFERENCE | CASE NUMBER: 37-2015-00011145-CU-BC-CTL |
|---|---|

## CASE ASSIGNMENT

Judge:  Randa Trapp                                          Department: C-70

COMPLAINT/PETITION FILED: 04/01/2015

| TYPE OF HEARING SCHEDULED | DATE | TIME | DEPT | JUDGE |
|---|---|---|---|---|
| Civil Case Management Conference | 10/09/2015 | 10:10 am | C-70 | Randa Trapp |

A case management statement must be completed by counsel for all parties or self-represented litigants and timely filed with the court at least 15 days prior to the initial case management conference. (San Diego Local Rules, Division II, CRC Rule 3.725).

All counsel of record or parties in pro per shall appear at the Case Management Conference, be familiar with the case, and be fully prepared to participate effectively in the hearing, including discussions of ADR* options.

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT), THE ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION FORM (SDSC FORM #CIV-730), A STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) (SDSC FORM #CIV-359), AND OTHER DOCUMENTS AS SET OUT IN SDSC LOCAL RULE 2.1.5.

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

TIME STANDARDS: The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil cases consist of all civil cases except: small claims proceedings, civil petitions, unlawful detainer proceedings, probate, guardianship, conservatorship, juvenile, parking citation appeals, and family law proceedings.

COMPLAINTS: Complaints and all other documents listed in SDSC Local Rule 2.1.5 must be served on all named defendants.

DEFENDANT'S APPEARANCE: Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than 15 day extension which must be in writing and filed with the Court.) (SDSC Local Rule 2.1.6)

JURY FEES: In order to preserve the right to a jury trial, one party for each side demanding a jury trial shall pay an advance jury fee in the amount of one hundred fifty dollars ($150) on or before the date scheduled for the initial case management conference in the action.

*ALTERNATIVE DISPUTE RESOLUTION (ADR): THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO TRIAL, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. PARTIES MAY FILE THE ATTACHED STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (SDSC FORM #CIV-359).



Superior Court of California
County of San Diego

# NOTICE OF ELIGIBILITY TO eFILE
# AND ASSIGNMENT TO IMAGING DEPARTMENT

**This case is eligible for eFiling. Should you prefer to electronically file documents, refer to General Order 051414 at www.sdcourt.ca.gov for rules and procedures or contact the Court's eFiling vendor at www.onelegal.com for information.**

**This case has been assigned to an Imaging Department and original documents attached to pleadings filed with the court will be imaged and destroyed. Original documents should not be filed with pleadings. If necessary, they should be lodged with the court under California Rules of Court, rule 3.1302(b).**

On August 1, 2011 the San Diego Superior Court began the Electronic Filing and Imaging Pilot Program ("Program"). As of August 1, 2011 in all new cases assigned to an Imaging Department all filings will be imaged electronically and the electronic version of the document will be the official court file. The official court file will be electronic and accessible at one of the kiosks located in the Civil Business Office and on the Internet through the court's website.

You should be aware that the electronic copy of the filed document(s) will be the official court record pursuant to Government Code section 68150. The paper filing will be imaged and held for 30 days. After that time it will be destroyed and recycled. **Thus, you should not attach any original documents to pleadings filed with the San Diego Superior Court. Original documents filed with the court will be imaged and destroyed except those documents specified in California Rules of Court, rule 3.1806.** Any original documents necessary for a motion hearing or trial shall be lodged in advance of the hearing pursuant to California Rules of Court, rule 3.1302(b).

It is the duty of each plaintiff, cross-complainant or petitioner to serve a copy of this notice with the complaint, cross-complaint or petition on all parties in the action.

On all pleadings filed after the initial case originating filing, all parties must, to the extent it is feasible to do so, place the words **"IMAGED FILE"** in all caps immediately under the title of the pleading on all subsequent pleadings filed in the action.

# Please refer to the General Order - Imaging located on the San Diego Superior Court website at:

http://www.sdcourt.ca.gov/CivilImagingGeneralOrder



**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**

**ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION**

CASE NUMBER: 37-2015-00011145-CU-BC-CTL   CASE TITLE: Ramachandran vs. The Travelers Commercial
Insurance Company

**NOTICE:** All plaintiffs/cross-complainants in a general civil case are required to serve a copy of the following three forms on each defendant/cross-defendant, together with the complaint/cross-complaint:

(1) this Alternative Dispute Resolution (ADR) Information form (SDSC form #CIV-730),
(2) the Stipulation to Use Alternative Dispute Resolution (ADR) form (SDSC form #CIV-359), _and_
(3) the Notice of Case Assignment form (SDSC form #CIV-721).

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts, community organizations, and private providers offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. The San Diego Superior Court expects that litigants will utilize some form of ADR as a mechanism for case settlement before trial, and it may be beneficial to do this early in the case.

Below is some information about the potential advantages and disadvantages of ADR, the most common types of ADR, and how to find a local ADR program or neutral. A form for agreeing to use ADR is attached (SDSC form #CIV-359).

**Potential Advantages and Disadvantages of ADR**
ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process used and the particular case:

| Potential Advantages | Potential Disadvantages |
|---|---|
| • Saves time | • May take more time and money if ADR does not resolve the dispute |
| • Saves money | • Procedures to learn about the other side's case (discovery), jury trial, appeal, and other court protections may be limited or unavailable |
| • Gives parties more control over the dispute resolution process and outcome | |
| • Preserves or improves relationships | |

**Most Common Types of ADR**
You can read more information about these ADR processes and watch videos that demonstrate them on the court's ADR webpage at http://www.sdcourt.ca.gov/adr.

**Mediation:** A neutral person called a "mediator" helps the parties communicate in an effective and constructive manner so they can try to settle their dispute. The mediator does not decide the outcome, but helps the parties to do so. Mediation is usually confidential, and may be particularly useful when parties want or need to have an ongoing relationship, such as in disputes between family members, neighbors, co-workers, or business partners, or when parties want to discuss non-legal concerns or creative resolutions that could not be ordered at a trial.

**Settlement Conference:** A judge or another neutral person called a "settlement officer" helps the parties to understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement officer does not make a decision in the case but helps the parties to negotiate a settlement. Settlement conferences may be particularly helpful when the parties have very different ideas about the likely outcome of a trial and would like an experienced neutral to help guide them toward a resolution.

**Arbitration:** A neutral person called an "arbitrator" considers arguments and evidence presented by each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are usually relaxed. If the parties agree to binding arbitration, they waive their right to a trial and agree to accept the arbitrator's decision as final. With nonbinding arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time, and expense of a trial.

**Other ADR Processes:**  There are several other types of ADR which are not offered through the court but which may be obtained privately, including neutral evaluation, conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR processes. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.  Be sure to learn about the rules of any ADR program and the qualifications of any neutral you are considering, and about their fees.

<u>Local ADR Programs for Civil Cases</u>

**Mediation:**  The San Diego Superior Court maintains a Civil Mediation Panel of approved mediators who have met certain minimum qualifications and have agreed to charge $150 per hour for each of the first two (2) hours of mediation and their regular hourly rate thereafter in court-referred mediations.

<u>On-line mediator search and selection:</u>  Go to the court's ADR webpage at www.sdcourt.ca.gov/adr and click on the "Mediator Search" to review individual mediator profiles containing detailed information about each mediator including their dispute resolution training, relevant experience, ADR specialty, education and employment history, mediation style, and fees and to submit an on-line Mediator Selection Form (SDSC form #CIV-005).  The Civil Mediation Panel List, the Available Mediator List, Individual Mediator Profiles, and Mediator Selection Form (CIV-005) can also be printed from the court's ADR webpage and are available at the Mediation Program Office or Civil Business Office at each court location.

**Settlement Conference:**  The judge may order your case to a mandatory settlement conference, or voluntary settlement conferences may be requested from the court if the parties certify that: (1) settlement negotiations between the parties have been pursued, demands and offers have been tendered in good faith, and resolution has failed; (2) a judicially supervised settlement conference presents a substantial opportunity for settlement; and (3) the case has developed to a point where all parties are legally and factually prepared to present the issues for settlement consideration and further discovery for settlement purposes is not required. Refer to SDSC Local Rule 2.2.1 for more information. To schedule a settlement conference, contact the department to which your case is assigned.

**Arbitration:**  The San Diego Superior Court maintains a panel of approved judicial arbitrators who have practiced law for a minimum of five years and who have a certain amount of trial and/or arbitration experience. Refer to SDSC Local Rules Division II, Chapter III and Code Civ. Proc. § 1141.10 et seq or contact the Arbitration Program Office at (619) 450-7300 for more information.

<u>More information about court-connected ADR:</u> Visit the court's ADR webpage at www.sdcourt.ca.gov/adr or contact the court's Mediation/Arbitration Office at (619) 450-7300.

**Dispute Resolution Programs Act (DRPA) funded ADR Programs:**  The following community dispute resolution programs are funded under DRPA (Bus. and Prof. Code §§ 465 et seq.):
- In Central, East, and South San Diego County, contact the National Conflict Resolution Center (NCRC) at www.ncrconline.com or (619) 238-2400.
- In North San Diego County, contact North County Lifeline, Inc. at www.nclifeline.org or (760) 726-4900.

**Private ADR:**  To find a private ADR program or neutral, search the Internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement, or arbitration services.

<u>Legal Representation and Advice</u>

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California courts website at *www.courtinfo.ca.gov/selfhelp/lowcost*.

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|

STREET ADDRESS:     330 West Broadway
MAILING ADDRESS:    330 West Broadway
CITY, STATE, & ZIP CODE: San Diego, CA 92101-3827
BRANCH NAME:        Central

PLAINTIFF(S):   Vilayanur Ramachandran

DEFENDANT(S): The Travelers Commercial Insurance Company

SHORT TITLE:    RAMACHANDRAN VS. THE TRAVELERS COMMERCIAL INSURANCE COMPANY

| STIPULATION TO USE ALTERNATIVE DISPUTE RESOLUTION (ADR) | CASE NUMBER: 37-2015-00011145-CU-BC-CTL |
|---|---|

Judge: Randa Trapp                                          Department: C-70

The parties and their attorneys stipulate that the matter is at issue and the claims in this action shall be submitted to the following alternative dispute resolution (ADR) process. Selection of any of these options will not delay any case management timelines.

☐   Mediation (court-connected)              ☐   Non-binding private arbitration

☐   Mediation (private)                      ☐   Binding private arbitration

☐   Voluntary settlement conference (private)    ☐   Non-binding judicial arbitration (discovery until 15 days before trial)

☐   Neutral evaluation (private)             ☐   Non-binding judicial arbitration (discovery until 30 days before trial)

☐   Other (specify e.g., private mini-trial, private judge, etc.): _____

_____

It is also stipulated that the following shall serve as arbitrator, mediator or other neutral: (Name) _____

_____

_____

Alternate neutral (for court Civil Mediation Program and arbitration only): _____

Date: _____                    Date: _____

_____                    _____
Name of Plaintiff                               Name of Defendant

_____                    _____
Signature                                       Signature

_____                    _____
Name of Plaintiff's Attorney                    Name of Defendant's Attorney

_____                    _____
Signature                                       Signature

If there are more parties and/or attorneys, please attach additional completed and fully executed sheets.

It is the duty of the parties to notify the court of any settlement pursuant to Cal. Rules of Court, rule 3.1385. Upon notification of the settlement, the court will place this matter on a 45-day dismissal calendar.

No new parties may be added without leave of court.

**IT IS SO ORDERED.**

Dated: 04/02/2015                               _____
                                                JUDGE OF THE SUPERIOR COURT

SDSC CIV-359 (Rev 12-10)      **STIPULATION TO USE OF ALTERNATIVE DISPUTE RESOLUTION**      Page: 1

3